IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATRICK MADDOX,<br><br>    Plaintiff,<br><br>v.<br><br>UTAH STATE UNIVERSITY, BLAKE ANDERSON, and JOHN AND JANE DOES 1-10,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br><br>Case No. 1:22-cv-00146-TC-CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

Based on the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 24), the Court hereby grants the parties' Stipulated Motion to Dismiss with Prejudice, with each party to bear their own costs and fees.

DATED this 21st day of July, 2023.

SIGNED:

*Tena Campbell*
_____
TENA CAMPBELL
United States District Court Judge